United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JANE DOE (SF-00040),

Plaintiff,

v.

SALESFORCE, INC.,

Defendant.

Case No. 26-cv-08214-PHK

***SUA SPONTE* JUDICIAL REFERRAL ORDER**

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Jon S. Tigar for consideration of whether this case is related to *A.A. v. Salesforce, Inc.*, No. 4:26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: August 13, 2026

PETER H. KANG
United States Magistrate Judge